UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE No. 2:25-cv-03621-NGG-AYS

**DAMIAN JOSEPH DUDEK,**
*individually and on behalf*
*of all others similarly situated,*

    Plaintiff,

vs.

**SURF CLEAN ENERGY INC,**

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Damian Joseph Dudek, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *without* Prejudice in the above styled action. Defendant SURF CLEAN ENERGY INC has not filed an answer or motion for summary judgment.

DATED: December 4, 2025

    Respectfully Submitted,

    /s/ Zane Hedaya
    **ZANE C. HEDAYA, ESQ.**
    New York Bar No.: 6135339
    E-mail: zane@jibraellaw.com
    The Law Offices of Jibrael S. Hindi
    1515 NE 26th Street
    Wilton Manors, FL 33305
    Phone: 754-444-7539
    Fax: 855-529-9540

    *COUNSEL FOR PLAINTIFF*

So Ordered.
s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 12/8/25